In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 545 West End Avenue, in the Borough of Manhattan, City of New York, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 18754. LOUIS H. PINK, Superintendent of Insurance, etc., as Rehabilitator, etc. MORTGAGE COMMISSION OF THE STATE OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 715.] Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, v. The Hon. PETER P. SMITH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WELLINGTON RINDGE v. THE MORRIS PLAN INDUSTRIAL BANK OF NEW YORK. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN J. TURNER against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of the Proceedings of GEORGE STANLEY SHIRK and Another, as Temporary Administrators, etc., of ELLA V. VON E. WENDEL, Deceased, etc. THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK and Others. GEORGE STANLEY SHIRK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the LEXINGTON SURETY AND INDEMNITY COMPANY. Claimant— THE PEOPLE OF THE STATE OF NEW YORK, Claim No. SBB-30.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

MARIE B. SWANTON v. JOHN CURLEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ALEN KALLMAN and Others v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals granted: questions certified. [See ante, p. 146.] Motion for a reargument denied. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.